



## MEMORANDUM OPINION

No. 04-10-00337-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF R.R**.,
as a Mentally Challenged Person

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2010-MH-0921
Honorable Polly Jackson Spencer, Judge Presiding

Opinion by:     Catherine Stone, Chief Justice

Sitting:         Catherine Stone, Chief Justice
                Rebecca Simmons, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:  September 15, 2010

AFFIRMED

This is an accelerated appeal of a trial court's order compelling psychoactive medications. Appellant's court-appointed attorney filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). *See In re L.E.H.*, 228 S.W.3d 219, 220 (Tex. App.—San Antonio 2007, no pet.) (applying *Anders* procedure in appeal from court-ordered mental health commitment). Counsel concludes the appeal has no merit. Counsel provided R.R. with a copy of the brief and informed him of his right to review the record and file his own brief; however, R.R. did not file a *pro se* brief. *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n. 1 (Tex. App.—San Antonio 1996, no pet.).

After reviewing the record and counsel's brief, we agree that the appeal is frivolous and without merit. The order of the trial court is affirmed, and appellate counsel's motion to withdraw is granted. *Nichols v. State*, 954 S.W.2d at 86; *Bruns*, 924 S.W.2d at 177 n. 1.

Catherine Stone, Chief Justice